IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., § § Plaintiff, § § VS. § BENJAMIN SANJUAN, *individually and* § *d/b/a Acorralados Nite Club*, § § Defendants. § | CIVIL ACTION NO. H-07-2459 |

## ORDER OF DISMISSAL

On October 11, 2007, the court ordered plaintiff to file the appropriate motions. The court's order admonished plaintiff that failure to comply as directed would result in dismissal for want of prosecution. Plaintiff has failed to comply. This case is dismissed without prejudice, for failure to comply with the order of this court and for want of prosecution.

The plaintiff is advised, however, that upon compliance with the court's order, relief from this order may be granted in accordance with Rule 60(b), Fed. R. Civ. P.

SIGNED on December 10, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge